JS-6

ALEXANDER B. CVITAN (SBN 81746),
E-Mail: alc@rac-law.com
MARSHA M. HAMASAKI (SBN 102720), and
E-Mail: marshah@rac-law.com
ALLAN D. SHULDINER (SBN 252259), Members of
E-Mail: allans@rac-law.com
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421
Telephone: (213) 386-3860;  Facsimile: (2l3) 386-5583

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>           Plaintiffs,<br><br>    vs.<br><br>SAUL CORONA, an individual doing business as CORONA CONSTRUCTION, DOE 1 through DOE 5, inclusive,<br><br>           Defendants. | CASE NO. CV 11-2793 GAF(JCx)<br><br>ORDER TO DISMISS ENTIRE ACTION |

   PURSUANT TO THE STIPULATION RE DISMISSAL entered into by and between the parties, and good cause appearing therefor:

   IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety with each party to bear its own costs and attorneys fees.

DATED: September 12, 2011      _____
                                GARY A. FEESS, JUDGE OF THE
                                UNITED STATES DISTRICT COURT FOR
                                THE CENTRAL DISTRICT OF CALIFORNIA

-1-